LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| DEVON LOWE,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner<br>of Social Security,<br><br>    Defendant. | No:  2:22-cv-07523-SHK<br><br>[~~PROPOSED~~] ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of  FOUR THOUSAND SIX HUNDRED FIFTY DOLLARS AND 00/100 ($4,650.00), and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  12/21/2023      _____

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-